IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TERRANCE L. ANTHONY,

      Appellant,

 v.                                        Case No. 5D14-4264

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed May 27, 2016

Appeal from the Circuit Court
for Orange County,
Janet C. Thorpe, Judge.

James S. Purdy, Public Defender, and
Nancy Ryan and David S. Morgan,
Assistant Public Defenders, Daytona
Beach, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Samuel A. Perrone,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

Terrance L. Anthony appeals his conviction and life sentence for first-degree

murder. We affirm the conviction without discussion. However, because Anthony was a

juvenile on the date of the offense, we remand for resentencing pursuant to *Horsley v.*

*State*, 160 So. 3d 393 (Fla. 2015). Although the trial court properly followed the law in

this district at the time of Anthony's sentencing, *Horsley* requires resentencing in accordance with chapter 2014–220, Laws of Florida, now codified in sections 775.082, 921.1401, and 921.1402 of the Florida Statutes.

AFFIRMED; REMANDED WITH DIRECTIONS.

LAWSON, CJ., SAWAYA and EVANDER, JJ., concur.